IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03071-WYD-MEH

LYNN PEAK PRODUCTIONS, INC., a Canadian Corporation,

      Plaintiff,

v.

JOHN DOES 1-33,

      Defendants.

---

**ORDER**

---

In accordance with the Notice of Dismissal filed January 3, 2013, pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 13), it is

ORDERED that Defendant John Doe # 30 is **DISMISSED WITH PREJUDICE**

and shall hereafter be taken off the caption.

      Dated:  January 6, 2014

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Senior United States District Judge