IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03071-WYD-MEH

LYNN PEAK PRODUCTIONS, INC., a Canadian Corporation,

   Plaintiff,

v.

JOHN DOES 1-29, 31-33,

   Defendants.

## ORDER

   In accordance with the Notice of Dismissal filed January 17, 2014, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 15), it is

   ORDERED that Defendant John Doe # 17 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

   Dated:  January 21, 2014

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge