IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03071-WYD-MEH

LYNN PEAK PRODUCTIONS, INC., a Canadian Corporation,

    Plaintiff,

v.

JOHN DOES 1-16, 18-19, 21-23, 25-29, 31-33,

    Defendants.

## ORDER

In accordance with the Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on April 10, 2014 (ECF No. 23), it is

ORDERED that Defendant John Doe # 26 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  April 14, 2014

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge