IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03071-WYD-MEH

LYNN PEAK PRODUCTIONS, INC., a Canadian Corporation,

      Plaintiff,

v.

JOHN DOES 1-16, 18-19, 21-23, 25, 27-29, 31-33,

      Defendants.

## ORDER

In accordance with Plaintiff's Response to Order to Show Cause and Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on April 30, 2014 (ECF No. 27), it is

ORDERED that all remaining John Does are **DISMISSED WITHOUT PREJUDICE**.

Dated:  April 30, 2014

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge